# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jesus Alberto Ibarra-Barraza**<br>DOB: 1991; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**22-04636MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about March 16, 2022, in the District of Arizona, **Jesus Alberto Ibarra-Barraza**, knowing and in reckless disregard of the fact that certain illegal aliens had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On March 16, 2022, at approximately 10:00 a.m., Border Patrol Agents (BPAs) working patrol duties near Amado, Arizona, observed a white Nissan Titan entering the town of Amado. This vehicle was previously seen traveling from Amado to Tucson earlier in the morning at approximately 8:30 a.m. The vehicle was then seen traveling west on West Arivaca Road towards the town of Arivaca and again traveling back eastbound at approximately 11:05 a.m. BPAs pulled behind the vehicle and began to follow it on West Arivaca Road. As BPAs followed the vehicle, the driver, later identified as **Jesus Alberto IBARRA-Barraza**, was driving approximately 65 to 70 miles per hour where the posted speed limit is 45 miles per hour. As the vehicle traveled through dips in the highway, BPAs could see camouflage in the bed of the truck. BPAs continued to follow the vehicle as it turned northbound on a dirt driveway. The vehicle traveled approximately 200 yards, without BPAs ever activating their emergency lights and sirens, came to a stop and BPAs observed numerous subjects jumping out of the bed of the truck. BPAs were able to immediately detain two fleeing subjects and observed the truck make a U-turn and drive back out of the driveway. After a brief search, BPAs were able to locate and detain two additional subjects that fled the vehicle. Other responding BPAs located the Nissan Titan after it was involved in a single vehicle accident. The vehicle rolled over near mile marker 15 on West Arivaca Road. **IBARRA-Barraza** was detained at the scene of the accident and was transported to Banner University Medical Center via helicopter ambulance. The four other subjects apprehended – Florinda Chilel-Lopez, Ketzia Martinez-Mendez, Mariela Criselda Bail-Perez, and Silvia Aquino-Galacia – were determined to be citizens of Guatemala without the proper documentation to enter, pass through or remain in the United States legally.

Chilel-Lopez stated her brother made arrangements to have her smuggled into the United States. Chilel-Lopez stated her brother paid a mafia fee to have her smuggled but did not know the amount. Chilel-Lopez stated she crossed the international border with a group of eight and they walked for approximately two days before they arrived at the load up location. Chilel-Lopez stated a man driving a white two door truck arrived at 5:00 a.m., instructed them to get into the vehicle and drove them to an abandoned house where they hid for approximately three hours. Chilel-Lopez stated they left the house at around 10:40 a.m. and drove for approximately 20 minutes before the driver, identified as **IBARRA-Barraza**, stopped on the side of the road and instructed them to get out then drove off. Chilel-Lopez stated **IBARRA-Barraza** knew they were non-citizens and that he was going to be paid from the smuggling fee. Records checks revealed that Chilel-Lopez does not possess the proper documentation to enter, pass through or remain in the United States legally.
**Continued on back.**

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>AUTHORIZED BY:  AUSA HNS | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 6, 2022 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

**Continued from front.**                                                                              22-04636MJ

Martinez-Mendez stated her cousin made arrangements for her to be smuggled into the United States. Martinez-Mendez stated she agreed to pay $98,000 Guatemalan Quetzal to be smuggled. Martinez-Mendez stated she illegally entered into the United States with a group of four. Martinez-Mendez stated she was given instructions of where to be at the load up location by March 16. Martinez- Mendez stated they were instructed to give GPS locations every time they stopped to rest. Martinez-Mendez stated they were given the code of "cana", that would be used by the driver when he arrived at the load up location. Martinez-Mendez claimed to have been at the load up location for a short period of time when a white truck arrived. Martinez-Mendez stated someone yelled "cana" and they all ran to the truck. Martinez-Mendez stated the driver instructed them through a small rear window to lay down before driving off at a high rate of speed. Martinez-Mendez explained that they were rolling back and forth due to the high speeds and erratic driving. Martinez-Mendez stated the driver eventually stopped the vehicle and told them to run and drove off leaving them behind.